UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID SOLORZANO and**
**MYRIAM SOLORZANO,**

      **Plaintiffs,**

v.                                                     **Case No. 6:23-cv-337-CEM-LHP**

**SCOTTSDALE INSURANCE**
**COMPANY,**

      **Defendant.**
_____/

**ORDER**

      THIS CAUSE is before Court upon *sua sponte* review of the file. Plaintiffs were required to timely file their Notice of Pendency of Other Actions and Disclosure Statement. (Initial Order, Doc. 4, at 1–2). Plaintiffs were also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 5). Plaintiffs have failed to comply,[1] and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this file.

---

[1] Plaintiffs filed their Disclosure Statement (Doc. 11) but failed to file their Notice of Pendency of Other Actions.

**DONE** and **ORDERED** in Orlando, Florida on March 22, 2023.



Copies furnished to:

Counsel of Record